■ JEANNE A. WEINTRAUB, Individually and as Parent and Natural Guardian of MARK WEINTRAUB, an Infant, Appellant, v FIRST NATIONAL CITY BANK et al., Respondents and Third-Party Plaintiffs-Appellants. HARTER, SECREST & EMERY, Third-Party Defendant-Respondent. JEANNE A. WEINTRAUB, Individually and as Parent and Natural Guardian of MARK WEIN-

TRAUB, an Infant, Appellant v HARTER, SECREST & EMERY et al., Respondents.—Order and judgments unanimously affirmed, without costs. (Appeals from order and judgments of Monroe Supreme Court—summary judgment.) Present—Hancock, Jr., J. P., Schnepp, Callahan, Doerr and Witmer, JJ.